In re BAKER.

(District Court, D. Massachusetts. July 28, 1913.)

No. 17,572.

BANKRUPTCY (§ 226*)—REPORT OF REFEREE—RECOMMENDATIONS.

Where any matter is referred to a referee in bankruptcy to find the facts, it is proper for him in his report to state his conclusions on the facts found.

[Ed. Note.—For other cases, see Bankruptcy, Dec. Dig. § 226.*]

In Bankruptcy. In the matter of Hyman Baker, bankrupt. On motion to strike out referee's recommendation. Motion denied.

Thomas H. Sullivan, of Worcester, Mass., for bankrupt.
Friedman & Atherton, of Boston, Mass., for objecting creditor.

MORTON, District Judge. Whether a master, to whom a matter is referred to find the facts, should state his conclusions upon the case, is a question upon which, in the superior court at least, there has been a difference of opinion among the judges. It seems to me proper and helpful for the master to do so; and I understand this to be the usual practice in all bankruptcy matters referred to referees.

Motion to strike out denied.